UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK ALAN ADAMS,

      Plaintiff,                                        Case No. 1:22-cv-11024

v.                                                           Honorable Thomas L. Ludington
                                                              United States District Judge

STATE OF MICHIGAN *et al.*,

                                                        Honorable Patricia T. Morris

      Defendants.                               United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE**

This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report, ECF No. 6, recommending that the undersigned *sua sponte* dismiss Plaintiff's Complaint, ECF No. 1.

Although the Report states that the parties could object to and seek review of the recommendation within 14 days of service, neither Petitioner nor Respondent filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 6, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

      Dated: June 8, 2022                                       s/Thomas L. Ludington
                                                                  THOMAS L. LUDINGTON
                                                                  United States District Judge