UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK ALAN ADAMS,

        Plaintiff,                                             Case No. 1:22-cv-11024

v.                                                        Honorable Thomas L. Ludington
                                                          United States District Judge

STATE OF MICHIGAN *et al.*,

                                                           Honorable Patricia T. Morris
        Defendants.                                    United States Magistrate Judge
_____/

## JUDGMENT

In accordance with the Order entered today:

It is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 6, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes Case No. 1:22-cv-11024.**

Dated: June 8, 2022                                         s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                 United States District Judge